REDUS V. MILNER C. & R. R. CO.

*Personal Injury.*

(Decided June 7, 1906.   41 So. Rep. 634.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES A. SENN.
J. C. KING, for appellant.
TILLMAN, GRUBB, BRADLEY & MORROW, for appellee.
Affirmed.
Opinion by ANDERSON, J.
WEAKLEY, C. J., and TYSON and SIMPSON, JJ., concur.


JOHN V. SHARP, ET AL.

*Final Settlement of Account.*

(Decided June 7, 1906.   41 So. Rep. 635.)

APPEAL from Jefferson Probate Court.
Heard before Hon. J. P. STILES.
SAM WILL JOHN, pro se.
GEO. HUDDLESTON, for appellee.
Reversed, rendered and remanded.
Opinion by MCCLELLAN, C. J.
WEAKLEY, C. J. ,and HARALSON, DOWDELL, SIMPSON,
ANDERSON and DENSON, JJ., concur
   TYSON, J., dissents.


JOHN V. PICKETT, ET AL.

*Final Settlement of Account.*

(Decided June 7, 1906.   41 So. Rep. 638.)

APPEAL from Jefferson Probate Court.
Heard before Hon. J. P. STILES.
SAM WILL JOHN, pro se.
GEO. W. HUDDLESTON, for appellee.
Reversed, rendered and remanded.
Per curiam.
TYSON, J., dissents.